# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 06, 2019

Mr. Robert D. Rose Jr.
1310 Imperial Court
Gray, TN 37615

          Re:  Case No. 18-5775/18-5970, *Robert Rose, Jr. v. Congressman Phil Roe, et al*
               Originating Case No. : 2:17-cv-00204

Dear Mr. Rose:

  The Court issued the enclosed Order today in this case.

                                  Sincerely yours,

                                    s/Robin L. Johnson
                                    Case Manager
                                    Direct Dial No. 513-564-7039

cc:  Mr. Myron Kent Anderson
     Ms. Sarah Edith Clouse
     Ms. Loretta S. Harber
     Mr. John L. Medearis
     Ms. Jimmie C. Miller
     Mr. Kenny L. Saffles
     Mr. Todd Barry Tatelman

Enclosure

Nos. 18-5775/5970

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| ROBERT D. ROSE, JR.,<br><br>　　Plaintiff-Appellant,<br><br>v.<br><br>CONGRESSMAN PHIL ROE; DEAN BORSOS, Director; DAVID HECHT, Assistant Director; JOHN HENDRICKS, Chair Psychiatric Dept.; SUZANNE ALLAN, Emergency Room Doctor; MARK VERNON, PCP; DR. MATTHEW CAFFREY, Pain Management; JAMES CRIDER, PCP & NP Supervisor; DALE WHITSON, PCP; CHRISTIANA CRAFT, Nurse Practitioner; TERESA ODOM, Registered Nurse; LONNIE HATTON, Veteran Representative; JERRY SHELTON, Chief of VAMC Police; RUSSELL JAMERSON, Assistant Chief of VAMC Police; EARNEST KING, Sergeant, VAMC Police; 2 UNIDENTIFIED ASSAILANTS, wearing the uniform of Mountain Home VAMC Police officers; THOMAS EDWARDS, Chair, Pain Management Clinic; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; UNITED STATES OF AMERICA,<br><br>　　Defendants-Appellees. | **FILED**<br>May 06, 2019<br>DEBORAH S. HUNT, Clerk<br><br>O R D E R |

　　The mandate that issued on May 2, 2019, was inadvertently entered. Therefore, the mandate hereby is WITHDRAWN to allow the full rehearing period. Fed. R. App. P. 41(b).

ENTERED PURSUANT TO RULE 45(a)<br>
RULES OF THE SIXTH CIRCUIT<br><br>
_/s/ Deborah S. Hunt_<br>
Deborah S. Hunt, Clerk